UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**UNITED STATES OF AMERICA**

v.  406CR038

**DEON MONROE JONES**

a/k/a: **JOHNNY LEE JONES**

## ORDER

The Court *DENIES* defendant Deon Monroe Jones's Motion for Mistrial. Doc. # 156. The witness in question, Kelly Bigham, testified to an inability to remember much of what was contained in the videotape in question. In fact, she even doubted whether the person in the videotape was herself -- absurdly claiming that she recognized her voice but not her image. The Government established the F.R.Ev. 803(5) foundation, and Bigham testified that her memory could not be refreshed.

Finally, no issue arises under *Crawford v. Washington*, 541 U.S. 36 (2004) because Bigham was available at trial for confrontation. *See* EXAMINATION OF WITNESSES § 5:25.50 (2d. ed. Aug. 2007).

This __10__ day of July, 2008.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA