UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**UNITED STATES OF AMERICA**

v.                            406CR038

**DEON MONROE JONES**

   a/k/a: **JOHNNY LEE JONES**

# ORDER

Defendant Deon Monroe Jones's motion for reconsideration (doc. # 161) is ***DENIED***.

This __11__ day of July, 2008.


_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA