UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**UNITED STATES OF AMERICA**

v.                              406CR038

**DEON MONROE JONES**

   a/k/a: **JOHNNY LEE JONES**

## ORDER

Defendant Deon Monroe Jones's Motion For New Trial (doc. # 163) is ***DENIED***.

This __21__ day of July, 2008.


_/s/ B. Avant Edenfield_
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA