IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
(SAVANNAH DIVISION)

UNITED STATES OF AMERICA.

    Plaintiff,

v.                                          Case No. CR406-00038-001

DEON MONROE JONES

    AKA: JOHNNY LEE JONES

    Defendant.

## ORDER

Deon Monroe Jones was convicted of various criminal offenses in this court on July 11, 2008. Previous to his trial and conviction, Jones was found guilty by a jury on June 26, 2006, for many of the same offenses. A superceding indictment was returned by the grand jury, and the jury trial began on July 9, 2008, and concluded on July 11, 2008, with the verdict of guilty.

Jones has now filed an appeal and has requested certain information and documents be transmitted to the Court of Appeals for the Eleventh Circuit. The Court has no reason to deprive counsel for Jones of any material necessary or helpful in furtherance of his appeal. Nevertheless, the court can see no reason to burden the record with non-essential material. Much of the material sought by counsel appears to be irrelevant to the issues before the appellate court. Presumptively, all relevant documents are already in the record, and the

1

Eleventh Circuit Court of Appeals may take notice of its own records from the June 2006 conviction and its reversal.

The court therefore DENIES the requests contained in defendant's motion at paragraphs (A)(1), (2), (3), (4), and (5). The court GRANTS defendant's motion as to the documents requested in paragraphs (A)(6), (7), (8), (9), (10), as well as in paragraphs (B) and (C).

The court reporter and the clerk of the district court shall insure compliance with this order.

SO ORDERED this __14__ day of January, 2009.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA