UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.                    406CR038

DEON MONROE JONES,

**Defendant.**

## ORDER

After receiving a jury verdict of "Guilty" in his criminal trial, defendant Deon Monroe Jones has moved for a new trial based on the government's failure to produce a statement authored by prosecution witness Gregory Seabrook pursuant to the Jencks Act, 18 U.S.C.A. § 3500. Doc. # 189. The statement allegedly withheld is a letter dated 12/26/07 that Seabrook wrote to the government. *See id.* exh. A. At a hearing before this Court, the government indicated that Seabrook's letter was actually written on 12/25/07 and that the 12/26/07 letter is nothing more than a hand-written copy made by one of Seabrook's fellow prisoners. Doc. # 209 at 6, lines 5-7.

The Record shows that Seabrook's original letter, dated 12/25/07 and signed by Seabrook, was disclosed to defense counsel on 7/1/08 and the 12/26/07 letter is merely a copy. Doc. # 146 at 8. The Court finds no violation of the Jencks Act and the defendant's motion for a new trial is *DENIED*. Doc. # 189.

This 7th day of April 2009.

_/s/ B. Avant Edenfield_
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA